IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WARREN EASTERLING | : | |
| | : | Case No. 3:15-CV-257 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| WALTER H. RICE, *et al.* | : | |
| | : | |
| Defendants. | : | |

**OPINION & ORDER**

This matter is before the Court for consideration of Plaintiff's Motion for Temporary Injunction, (Doc. 13), Plaintiff's second motion requesting a temporary injunction filed before this Court after his first motion requesting the same relief was denied on August 18, 2015, (*see Order*, Doc. 11).

In the present motion, Plaintiff seeks the same relief he sought in his motion that has already been denied by this Court:  a temporary and preliminary injunction relieving him of any requirements to obey an order issued by Defendant Judge Walter H. Rice, barring Plaintiff from entering the United States District Court Building and Office Complex, located at 200 W. 2nd Street, in Dayton, Ohio, (*see* Doc. 1-3), ceasing enforcement" of the same, and removing all cases filed by Plaintiff from Defendants' personal jurisdiction.

Plaintiff's present motion makes essentially the same request for the same basic reasons as his first motion requesting a temporary injunction; he merely adds new or slightly altered arguments. Plaintiff's first request was denied by this Court after a thorough and comprehensive analysis reviewing Plaintiff's motion in light of the

elements of Rule 65 of the Federal Rules of Civil Procedure. Despite that well-reasoned analysis foreclosing the relief Plaintiff seeks, he chose to ignore the Court's decision and file another motion on the exact same issue, as is his pattern of behavior in interacting with the federal court system.

For the same reasons this Court announced in its prior Order on this matter, (*see* Doc. 11), Plaintiff's motion (Doc. 13) hereby is **DENIED**.

**IT IS SO ORDERED.**

                                                            *s/ Algenon L. Marbley*
                                                          **ALGENON L. MARBLEY**
                                                          **UNITED STATES DISTRICT JUDGE**

**DATED: September 8, 2015**